HD

Rcv'd by: _____ AN _____

USDC- BALTIMORE
'24 JUN 3 AM 8:59

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Kevin Donnell Murphy

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

   **-against-**

U.S. Department of Health and Human Services
_____

Xavier PECERRA
_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. JRR 24 CV 1592
_____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☐ No
                *(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin. Donnell Murphy |
| Street Address | 1503 Kingsway road |
| City and County | Baltimore, Maryland |
| State and Zip Code | Maayland 21218 |
| Telephone Number | 410-435-6789 |
| E-mail Address | murphykevinnavys@yahoo.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. Department of Health and Human Services |
| Job or Title (if known) | |
| Street Address | 200 Independence Avenue, S.W. . |
| City and County | Washington, District of Columbia.  D.C |
| State and Zip Code | 20201 United States |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name            Xavier PECERRA

    Job or Title
    (if known)

    Street Address    200 Independence Avenue, S.W. .

    City and County    Washington, District of Columbia.  D.C

    State and Zip Code    20201 United States

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 3

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

■  Federal question                    □  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please see attach affidavit

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Kevin. Donnell Murphy , is a citizen of the State of *(name)* Maryland .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* Xavier PECERRA_____, is a citizen of
the State of *(name)* Washington, District of Columbia, D.C._____. *Or* is a citizen of
*(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* U.S. Department of Health and Human Services_____, is
incorporated under the laws of the State of *(name)*
Washington, District of Columbia, D.C._____, and has its principal place of
business in the State of *(name)* Washington, District of Columbia, D.C._____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please see attached affidavit_____

_____

_____

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please see attached affidavit

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Please see attached affidavit

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 9_, 20_2 4_

Signature of Plaintiff _Kevin Donnell Murphy_
Printed Name of Plaintiff _KeVIN DoNNell MURPHY_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20___.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____

# *Statement of claim*

### *B. If the Basis for Jurisdiction Is a Federal Question*

**List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.**

**Federal Statutes:**

1. Administrative Procedure Act (APA) - Establishes procedural requirements for federal agencies and governs their actions in administrative matters.

2. Federal Tort Claims Act (FTCA) - Governs tort claims against the United States government for negligence or wrongful acts by federal employees.

3. Title 22 of the United States Code (U.S.C.) - Contains laws governing foreign relations, including regulations related to passport issuance and revocation.

4. Passport Act of 1926 - Provides statutory authority for the Secretary of State to issue passports and regulate their use.

**Federal Treaties:** (If applicable, list any relevant treaties that pertain to passport issuance or international travel.)

**Provisions of the United States Constitution:**

1. Due Process Clause of the Fifth Amendment - Requires federal agencies to provide individuals with certain procedural protections before depriving them of important rights or benefits.

2. Article I, Section 8, Clause 3 (Commerce Clause) - Grants Congress the power to regulate commerce with foreign nations, which may be relevant to passport-related matters.

3. Article II, Section 2 (Appointments Clause) - Pertains to the authority of the President to appoint officers of the United States, which may have implications for the appointment of federal agency officials responsible for passport-related decisions.

**Provisions of the United States Constitution:**

4. Fourth Amendment - Protects against unreasonable searches and seizures, which may be relevant if your passport suspension involves a deprivation of liberty or property rights.

## *Statement of claim*

5. Fourteenth Amendment - Guarantees due process and equal protection under the law, which may be implicated if your passport suspension deprives you of fundamental rights without adequate procedural safeguards.

### *3. The Amount in Controversy*

*The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):*

Given the complexity and significance of the issues involved in the case against the Secretary of Health and Human Services, Xavier Pecerra, regarding the certification of debt leading to the suspension of your passport, the amount in controversy exceeds $75,000. This threshold is met for several reasons:

1. **Financial Impact:** The suspension of your passport, resulting from the certification of debt by the Secretary of Health and Human Services, significantly impacts your ability to travel internationally for personal, professional, or familial reasons. The loss of this essential travel document can result in financial hardships, including potential loss of employment opportunities, business ventures, or educational pursuits that require international travel.

2. **Emotional Distress:** The inability to travel freely due to passport suspension can cause emotional distress, anxiety, and inconvenience. This emotional suffering is a direct result of the actions taken by the defendant, and its impact on your mental well-being cannot be understated.

3. **Legal Costs:** Pursuing legal action to contest the certification of debt and passport suspension incurs expenses such as attorney fees, court filing fees, and other associated costs. These legal costs contribute to the overall amount in controversy and reflect the financial burden imposed on you as a result of the defendant's actions.

4. **Potential Remedies:** In seeking relief from the court, you may request compensation for damages incurred, including financial losses, emotional distress, and legal expenses. The potential remedies sought in this case further justify the claim that the amount in controversy exceeds $75,000.

Considering these factors, it is evident that the amount in controversy in this case far surpasses the jurisdictional threshold of $75,000, exclusive of interest and costs of court.

# *Statement of claim*

Therefore, the case falls within the jurisdiction of the court to adjudicate the matter effectively and provide appropriate relief.

## *III. Statement of Claim*

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

I wish to assert that department heads and federal/state agencies, including Secretary Xavier Pecerra of the Health and Human Services Department, bear responsibility for the actions of their workers. Specifically, I am contesting the certification of debt leading to the suspension of my passport.

## Basis of Claim:

I have sent a detailed binder outlining the tort violation perpetrated by the Secretary of Health and Human Services, Xavier Pecerra, in certifying debt to suspend my passport.

## Legal Grounds:

Under relevant laws and regulations, department heads and federal/state agencies, including Secretary Xavier Pecerra, are responsible for ensuring the proper conduct and performance of their employees. This includes the certification of debt that may lead to the suspension of passports.

1. **Administrative Procedure Act (APA):**

   o The APA outlines the procedural requirements for federal agencies when carrying out their duties. It establishes principles of accountability, transparency, and fairness in agency actions. Under the APA, agencies are generally required to follow prescribed procedures when making decisions that affect individuals' rights, including decisions related to passport suspension.

2. **Federal Tort Claims Act (FTCA):**

3

## *Statement of claim*

- o  The FTCA governs tort claims against the United States government for negligence or wrongful actions by federal employees acting within the scope of their employment. It establishes the government's liability for the negligent acts of its employees and provides a mechanism for individuals to seek compensation for harm caused by federal agency actions, including those related to passport suspension.

3. **United States Constitution:**

   - o  Various provisions of the United States Constitution, including the Due Process Clause of the Fifth Amendment, impose limits on the actions of federal agencies and require them to afford individuals certain procedural protections before depriving them of important rights or benefits, such as the right to travel, which is implicated by passport suspension.

4. **Title 22 of the Code of Federal Regulations (22 CFR):**

   - o  Title 22 of the CFR contains regulations governing the issuance and revocation of passports by the Department of State. These regulations outline the procedures and criteria for passport issuance and may provide additional guidance on the responsibilities of federal agencies in passport-related matters.

5. **Passport Act of 1926:**

   - o  The Passport Act of 1926 provides statutory authority for the Secretary of State to issue passports and regulate their use. While the Act primarily addresses the authority of the Department of State.

   - o  These are just a few examples of the laws and regulations that may support the assertion that department heads and federal/state agencies are responsible for ensuring the proper conduct and performance of their employees, including actions related to the certification of debt that may lead to the suspension of passports. Depending on the specific circumstances of your case, other laws and regulations may also be relevant. It's advisable to consult with a legal expert familiar with administrative law and passport-related matters for further guidance.

6. The Department of Health and Human Services (HHS) is tasked with reviewing or appealing child support decisions, a responsibility that raises significant concerns

4

## *Statement of claim*

regarding due process and access to justice. Without adequate mechanisms for individuals to challenge or appeal such decisions, their fundamental rights to due process and access to justice are jeopardized. This contravenes Article 8 of the Universal Declaration of Human Rights, which asserts the right of everyone to an effective remedy through competent national tribunals for violations of constitutionally or legally granted fundamental rights.

7. Moreover, the denial of passport services due to an alleged child support debt, certified by HHS, presents a contentious issue. I contest the validity of this practice, believing it to be erroneous and in violation of 18 U.S. Code § 1001 – (A)(1)(2)(3) and (c)(1) pertaining to false statements. Furthermore, I argue that the Secretary of Health and Human Services lacks jurisdiction beyond the District of Columbia, as outlined in 4 U.S. Code § 72. Consequently, the Secretary does not possess the authority under 42 U.S. Code § 652, which governs their duties, to authorize the denial of my passport.

8. This argument is supported by pertinent case law, including the landmark ruling in *In re Pinn*, 564 F. Supp. 2d 12 (D.D.C. 2008), where the court affirmed that the jurisdiction of the Secretary of HHS does not extend beyond the District of Columbia. Therefore, HHS is not empowered to issue or deny passports outside of this jurisdiction.

9. Additionally, it's imperative to note that HHS's mandate primarily concerns the health of the American people, and as such, it lacks jurisdiction and authority to make decisions regarding passport denial. HHS is not a debt collection agency and does not possess the requisite licensing to transfer debt balances to other government or privatized agencies. Similarly, the United States Department of State, responsible for passport issuance, is not tasked with debt collection and should not be involved in passport suspension due to overdue debts. Any such actions conflict with UCC laws and the principles of fairness and justice.

10. By asserting these arguments and citing relevant legal precedents, it becomes evident that HHS's involvement in passport denial due to alleged child support debts exceeds its jurisdiction and violates established legal principles.

**IV. Relief State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained,**

## *Statement of claim*

are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

### Relief Sought

1.  **Immediate Reversal of Passport Suspension:** I request an immediate reversal of the suspension of my passport, which was unlawfully suggested by the Secretary of the Department of Health and Human Services (HHS), Xavier Pecerra. This suspension has unjustly deprived me of my fundamental right to travel and has caused significant emotional distress.

2.  **Reunion with Newborn Child:** As a result of the passport suspension, I have been separated from my newborn child, Jubilee, who is currently in Ethiopia. I ask the court to order expedited processing of my passport reinstatement to facilitate my reunion with my child without further delay.

3.  **Compensation for Emotional Distress:** I seek compensation for the emotional distress and anguish caused by the unwarranted suspension of my passport. The separation from my newborn child and the uncertainty surrounding my ability to travel have inflicted severe emotional suffering upon me.

4.  **Legal Costs and Attorney Fees:** I request reimbursement for all legal costs incurred in pursuing this matter, including attorney fees, court filing fees, and other associated expenses. These costs have been necessitated by the defendant's wrongful actions and are integral to seeking justice in this case.

5.  **Five-Star Rating on Passport and Passport Card:** I request that my passport and passport card be issued with a five-star rating, symbolizing the highest level of reliability and security. This will help mitigate any future inconvenience or discrimination resulting from the wrongful suspension of my passport.

### Requested Amount and Basis for Relief:

I am seeking $3 million dollars in relief for the following reasons:

1.  **Compensation for Emotional Distress:** The unjust suspension of my passport has caused immense emotional distress, including anxiety, depression, and mental anguish. The separation from my newborn child and the uncertainty surrounding my ability to travel have significantly impacted my mental well-being

6

## *Statement of claim*

and quality of life. The requested amount accounts for the severe emotional suffering endured as a result of the defendant's actions.

2. **Loss of Income and Opportunities:** The suspension of my passport has prevented me from engaging in professional activities, including business ventures, employment opportunities, and educational pursuits that require international travel. As a result, I have suffered financial losses and missed out on valuable opportunities for career advancement and personal growth. The requested amount includes compensation for the economic harm caused by the defendant's wrongful actions.

3. **Punitive Damages:** I am also seeking punitive damages to deter similar misconduct by the defendant in the future. The defendant's unwarranted suggestion to suspend my passport, without legal authority or justification, warrants punitive measures to hold the defendant accountable for their actions and prevent future abuses of power. The requested amount reflects the need for punitive damages to ensure justice and deterrence in this case.

This revised relief section outlines the specific relief sought, including the reversal of passport suspension, reunion with your child, compensation for emotional distress, reimbursement of legal costs, and issuance of a five-star rating on your passport and passport card. Additionally, it provides a breakdown of why you are seeking $3 million in relief, encompassing compensation for emotional distress, loss of income and opportunities, and punitive damages.

## Certification and Closing

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this affidavit is not being presented for an improper purpose, is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, has evidentiary support for its factual contentions, and otherwise complies with the requirements of Rule 11.

Signature_____.Date_____May 09, 2024_____

7