### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN DONNELL MURPHY,  Plaintiff,  v.  U.S. DEPT. OF HEALTH AND HUMAN SERVICES, XAVIER PECERRA,  Defendants. | Civil Action No.:  JRR-24-1592 |

## ORDER

The above-captioned self-represented Complaint was filed together with a Motion for Leave to Proceed in Forma Pauperis, which shall be granted. Before service may go forward, Plaintiff will be required to provide corrected U.S. Marshal forms and summons.

In light of Plaintiff's indigency status, the United States Marshal shall effect service of process on Defendant. *See* Fed. R. Civ. P. 4(c)(3). However, it does not appear that Plaintiff has furnished a U.S. Marshal service of process form for all parties that must be served in this case. Until Plaintiff cures this problem, service shall not be issued. The Clerk shall be directed to mail a copy of the Marshal form for each Defendant to Plaintiff, who must complete and return the forms to the Clerk within twenty-one (21) days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice of Plaintiff's Complaint. Once the forms are received, the Clerk and the U.S. Marshal are directed to take all necessary steps to effectuate service of process.

Plaintiff did not provide completed summons for each Defendant and must do so before summons may be issued by the Clerk. Plaintiff will be provided blank summons forms by the Clerk.

Under Fed. R. Civ. P. 4(i), Plaintiff must effect service on a federal agency by serving the summons and Complaint by registered or certified mail on the head of the agency, the United States Attorney General, and the United States Attorney for the District of Maryland. The names and addresses for the United States Attorney General and the United States Attorney for the District of Maryland are available at: https://www.justice.gov/ and https://www.justice.gov/usao-md, respectively.

Accordingly, it is this _18th__ day of July, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) IS GRANTED;

2. The Clerk SHALL MAIL a copy of this Order, together with FOUR copies of the U.S. Marshal service of process form, and FOUR summons forms to Plaintiff;

3. Plaintiff IS GRANTED TWENTY-ONE (21) days from the date of this Order in which to complete the U.S. Marshal forms and return them to the Clerk. Plaintiff is cautioned that the failure to return the completed U.S. Marshal forms in a timely and complete manner may result in the dismissal of this case without prejudice and without further notice from the Court;

4. Upon receipt of the U.S. Marshal form, the Clerk SHALL ISSUE Summons and forward same together with the Complaint, the U.S. Marshal forms, and a **COPY OF THIS ORDER** to the U.S. Marshal; and

5. The U.S. Marshal IS DIRECTED to effectuate service of process on Defendants at the addresses provided by Plaintiff.  If the U.S. Marshal uses U.S. Postal Service delivery to effect service on Defendants, it shall do so by **RESTRICTED DELIVERY, CERTIFIED MAIL**.

                                                                    _____/S/_____
                                                                    Julie R. Rubin
                                                                    United States District Judge